**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01049-CR

**JOHN ALVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-31394-I**

## ORDER

The Court has before it appellant's October 17, 2013 pro se request for an extension of time to file his response to counsel's *Anders* brief. By letter dated October 16, 2013, the Court informed appellant that his pro se response was due by **December 9, 2013**. Accordingly, we **DENY** the October 17, 2013 extension request as moot.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Alva, No. 13040493, Dallas County Jail, Post Office Box 660334, Dallas, Texas 75266-0334.

/s/     LANA MYERS
          JUSTICE